```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT
```

Metro-North Commuter Railroad     :
Company                           :
     Plaintiff,                   :
                                  :
V.                                :   CASE NO. 3:12cv970(JGM)
                                  :
                                  :
USA                               :
Defendant.                        :


## ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before September 2, 2013

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before September 2, 2013.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

So ordered.

Dated at New Haven, Connecticut this 2nd day of August 2013.


                          /s/ Joan Glazer Margolis
                            Joan Glazer Margolis
                       United State Magistrate Judge