UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

METRO-NORTH COMMUTER
RAILROAD COMPANY
:
: Civil No: 3:12-CV-00970(JBA)
Plaintiff,
:

UNITED STATES OF AMERICA
:
: September 3, 2013
Defendant.
:

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate to a dismissal of the above entitled action with prejudice with each party to bear its own costs.

METRO NORTH COMMUTER RAILROAD COMPANY

By: _____  Date: 9/3/13
Beck S. Fineman, Esq. (CT27648)
Ryan Ryan Deluca, LLP
707 Summer St.
Stamford, CT 06901
bsfineman@ryandelucalaw.com

UNITED STATES OF AMERICA

By: _____  Date: 9/3/13
Alan M. Soloway, AUSA
United States Attorney's Office
157 Church St., 25th Floor
New Haven, CT 06510

## CERTIFICATION